

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2013

**VIA HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007



Re: *United States v. All Right, Title and Interest, et al.*, 13 Civ. 3069 (RWS); *Consumer Financial Protection Bureau v. Mission Settlement Agency, et al.*, 13 Civ. 3064 (RWS)

Dear Judge Sweet:

      The Government writes to respectfully request that the above-referenced civil forfeiture action, as well as the related civil action, be stayed, pursuant to Title 18, United States Code, Section 981(g)(1), during the pendency of the related criminal prosecution in *United States v. Mission Settlement Agency, et al.*, 13 Cr. 327 (PGG), because the defendant properties in the civil forfeiture action are also identified as specific property subject to forfeiture in the criminal case, and the allegations in both civil complaints largely overlap with the allegations in the Indictment. A copy of the Indictment is attached hereto for the Court's convenience.

      The forfeiture Complaint, filed on May 7, 2013, seeks the forfeiture of various assets, and alleges that the assets are traceable to the proceeds of wire fraud and mail fraud. The Complaint alleges that the Mission Settlement Agency, a/k/a "Mission Abstract LLC," a/k/a "Alpha Debt Settlement," ("Mission"), among others, held itself out as a company that could successfully negotiate to lower its financially disadvantaged customers' overall credit card debt, but which tricked financially suffering individuals into becoming customers by making material misrepresentations and omissions regarding its fees, results, and purported affiliations. Similar allegations are made in the civil complaint brought by the Consumer Financial Protection Bureau ("CFPB") against Mission Settlement Agency, d/b/a Mission Abstract LLC, Michael Levitis, Law Office of Michael Levitis. In addition, the CFPB complaint alleges violations of the Telemarketing Sales Rule, among other violations, against Premier Consulting Group LLC and the Law Office of Michael Lupolover.

      The Indictment, filed May 1, 2013, charges Mission, among others, with one count of conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349; one count of mail fraud, in violation of Title 18, United States Code, Sections

1341 and 2; and one count of wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2, all of which arise out of the debt relief scheme in which the defendants engaged.

Section 981(g) of Title 18, United States Code, authorizes a district court to stay a civil forfeiture proceeding if civil discovery will adversely affect the ability of the Government to conduct the prosecution of a related criminal case, or if the claimant is the subject of a related criminal case and continuation of the forfeiture proceeding will burden his right against self-incrimination in the criminal case. Accordingly, the Government respectfully submits that stay is appropriate under Title 18, United States Code, Section 981(g). A proposed order is enclosed for the Court's consideration. Counsel for Mission and Michael Levitis consents to this request. Additionally, both counsel for the CFPB and for Premier and the Law Office of Michael Lupolover also consent to this stay request.

Respectfully submitted,

PREET BHARARA<br>
United States Attorney<br>
Southern District of New York

By: _/s/ Carolina A. Fornos_

Carolina A. Fornos<br>
Assistant United States Attorney<br>
Tel.: (212) 637-2740

Enclosures

**Via E-Mail**
cc:   **Charles Albert Ross**
      Charles A. Ross & Associates, LLC
      Email: cross@carossassoc.com
      Counsel for Michael Levitis and Mission Settlement Agency

      **Stefanie Isser Goldblatt**
      Enforcement Attorney
      Consumer Financial Protection Bureau

      **Michael Bachner**
      Bachner & Associates
      mb@bhlawfirm.com
      Counsel for Premier and the Law Office of Michael Lupolover