USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/14

ANTHONY ALEXIS
*Acting Enforcement Director*
JEFFREY PAUL EHRLICH
*Deputy Enforcement Director*
STEFANIE ISSER GOLDBLATT
J.H. JENNIFER LEE
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-7598
Facsimile: (202) 435-7722
Email: jeff.ehrlich@cfpb.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CONSUMER FINANCIAL PROTECTION BUREAU,

    Plaintiff,

v.

MISSION SETTLEMENT AGENCY, d/b/a MISSION ABSTRACT LLC, MICHAEL LEVITIS, in his individual and official capacity, LAW OFFICE OF MICHAEL LEVITIS, PREMIER CONSULTING GROUP LLC, LAW OFFICE OF MICHAEL LUPOLOVER,

    Defendants.

---

Case No. 1:13-cv-3064 (GHW)

**NOTICE OF PARTIAL DISMISSAL**

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Consumer Financial Protection Bureau dismisses with prejudice its action against Mission Settlement Agency, Michael Levitis, and Law Office of Michael Levitis. The Bureau's action remains pending against the other Defendants, Premier Consulting Group LLC and the Law Office of Michael Lupolover.

Respectfully submitted,

ANTHONY ALEXIS
*Acting Enforcement Director*

s/ Jeffrey Paul Ehrlich
JEFFREY PAUL EHRLICH
*Deputy Enforcement Director*
STEFANIE ISSER GOLDBLATT
J.H. JENNIFER LEE
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: (202) 435-7598
Facsimile: (202) 435-7722
Email: jeff.ehrlich@cfpb.gov

SO ORDERED.

Dated: April 9, 2014
New York, New York

GREGORY H. WOODS
United States District Judge

2